

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00302-CR

**IN RE** Guillermo **LARA** Jr.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed:  July 17, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On May 8, 2013, relator filed a petition for writ of mandamus. The court has considered relator's petition and the response provided by the respondent and is of the opinion that relator is not entitled to the relief sought. It appears from the record that there is no order prohibiting relator from practice in Webb County Court at Law No. 1. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2012CRB000083-L1, styled *The State of Texas v. Luis Heleodoro Perez*, pending in the County Court at Law No. 1, Webb County, Texas, the Honorable Alvino (Ben) Morales presiding.